RUSS, AUGUST & KABAT
Larry C. Russ (SBN 082760)
lruss@raklaw.com
Irene Y. Lee (SBN 213625)
ilee@raklaw.com
Timothy M. Baumann (SBN 322982)
tbaumann@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:   (310) 826-7474
Facsimile:   (310) 826-6991

*Attorneys for Defendant*
TGUSA, INC., D/B/A TRENDY GOLF USA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JR APPAREL WORLD LLC,<br><br>Plaintiff,<br><br>v.<br><br>TGUSA, INC., D/B/A TRENDY GOLF USA,<br><br>Defendant. | Case No. 2:21-CV-05709-CBM-JDE<br>[Assigned to the Honorable Consuelo B. Marshall]<br><br>**FIRST AMENDED ANSWER BY DEFENDANT TGUSA, INC., D/B/A TRENDY GOLF USA TO COMPLAINT**<br><br>Complaint: July 14, 2021 |

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT

**DEFENDANT TGUSA, INC., D/B/A TRENDY GOLF USA'S ANSWER TO PLAINTIFF JR APPAREL WORLD LLC'S COMPLAINT**

Defendant TGUSA, Inc., d/b/a Trendy Golf USA ("Trendy Golf" or "Defendant") hereby answers the Complaint of plaintiff JR Apparel World LLC ("JR Apparel" or "Plaintiff") as follows:

**THE PARTIES[1]**

1. Trendy Golf admits the website for the Secretary of State of the State of New York lists the entity named "JR Apparel World LLC" as actively registered in Nassau County in the State of New York. Except as otherwise expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 1 of the Complaint and therefore denies those allegations.

2. Defendant admits it is a Delaware corporation with a principal place of business at 120 Standard Street, El Segundo, California 90245. Except as expressly admit herein, Trendy Golf otherwise denies the allegations of paragraph 2 of the Complaint.

**JURISDICTION AND VENUE**

3. Paragraph 3 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required. To the extent any response is required, Trendy Golf states it does not currently contest the Court's subject matter jurisdiction over this action.

4. Paragraph 4 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required. To the extent any response is required, Trendy Golf states it does not currently contest the Court's personal jurisdiction over Trendy Golf, but expressly denies it "has committed acts of infringement, unfair competition, and dilution" in this District.

5. Paragraph 5 of the Complaint does not contain any factual allegations,

---

[1] Trendy Golf's use of the headings from the Complaint is for convenience of reference only and is not an admission as to any statements within the headings.

but instead contains legal conclusions to which no response is required. To the extent any response is required, Trendy Golf states it does not currently contest the venue in which Plaintiff brought this action, but expressly denies it "has committed acts of infringement, unfair competition, and dilution" in this District.

## JR APPAREL'S BUSINESS AND MEMBERS ONLY MARKS

6.      Trendy Golf has insufficient information to admit or deny the allegations of paragraph 6 of the Complaint, and therefore denies those allegations.

7.      Trendy Golf admits paragraph 7 of the Complaint contains what appears to be an image of a man wearing a jacket. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 7 of the Complaint, and therefore denies those allegations.

8.      Trendy Golf has insufficient information to admit or deny the allegations of paragraph 8 of the Complaint, and therefore denies those allegations.

9.      Trendy Golf has insufficient information to admit or deny the allegations of paragraph 9 of the Complaint, and therefore denies those allegations.

10.      Trendy Golf has insufficient information to admit or deny the allegations of paragraph 10 of the Complaint, and therefore denies those allegations.

11.      Trendy Golf admits paragraph 11 of the Complaint contains what appears to be an image of a man wearing a shirt. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 11 of the Complaint, and therefore denies those allegations.

12.      Trendy Golf admits the principal register of the United States Patent and Trademark Office ("USPTO") lists "JRJ ALLIANCE, LLC LIMITED LIABILITY COMPANY NEW YORK 570 ROCKEVILLE COURT OCEANSIDE NEW YORK 11572" as the last listed owner of the "SWINGSHADE GOLF" word mark, Registration No. 5,459,388, covering the identified goods in International Class 18. Trendy Golf admits that Exhibit A to the Complaint appears to be a true and correct copy of the Certificate of Registration for Registration No. 5,459,388.

RUSS, AUGUST & KABAT

Except as expressly admit herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 12 of the Complaint, and therefore denies those allegations.

13.     Trendy Golf admits paragraph 13 of the Complaint contains four images of what are purported to be screenshots of websites. Except as expressly admit herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 13 of the Complaint, and therefore denies those allegations.

14.     Trendy Golf has insufficient information to admit or deny the allegations of paragraph 14 of the Complaint, and therefore denies those allegations.

15.     Trendy Golf admits paragraph 15 of the Complaint contains what appears to be an image of a man wearing a jacket. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 15 of the Complaint, and therefore denies those allegations.

16.     Paragraph 16 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required. To the extent any response is required, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 16 of the Complaint, and therefore denies those allegations.

17.     In response to paragraph 17 of the Complaint, Trendy Golf admits that on February 28, 1978, the USPTO issued Registration No. 1,086,489 for the MEMBERS ONLY mark covering the identified goods in International Class No. 25. Trendy Golf further admits the principal register of the USPTO lists the owner of Registration No. 1,086,489 as JR Apparel World LLC and a date of first use of July 1, 1975. Trendy Golf admits that Exhibit B to the Complaint appears to be a true and correct copy of the Certificate of Registration for Registration No. 1,086,489. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 17 of the Complaint, and therefore denies those allegations.

18.     In response to paragraph 18 of the Complaint, Trendy Golf admits that on February 8, 2011, the USPTO issued Registration No. 3,915,373 for the MEMBERS ONLY mark covering the identified goods in International Class No. 25. Trendy Golf further admits the principal register of the USPTO lists the owner of Registration No. 3,915,373 as JR Apparel World LLC and a date of first use of 1987. Trendy Golf admits that Exhibit C to the Complaint appears to be a true and correct copy of the Certificate of Registration for Registration No. 3,915,373. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 18 of the Complaint, and therefore denies those allegations.

19.     In response to paragraph 19 of the Complaint, Trendy Golf admits that on April 13, 2021, the USPTO issued Registration No. 6,322,461 for the MEMBERS ONLY mark covering the identified goods in International Class No. 25. Trendy Golf further admits the principal register of the USPTO lists the owner of Registration No. 6,322,461 as JR Apparel World LLC and a date of first use of March 31, 2019. Trendy Golf admits Exhibit D to the Complaint appears to be a true and correct copy of the Certificate of Registration for Registration No. 6,322,461. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 19 of the Complaint, and therefore denies those allegations.

20.     In response to paragraph 20 of the Complaint, Trendy Golf admits that on March 27, 2018, the USPTO issued Registration No. 5,433,492 for the MEMBERS ONLY mark covering the identified goods in International Class No. 8 based on a date of first use of June 30, 2016; International Class No. 9 based on a date of first use of November 30, 2013; International Class No. 18 based on a date of first use of January 31, 2014; International Class No. 20 based on a date of first use of June 30, 2016; International Class No. 21 based on a date of first use of June 30, 2016; and International Class No. 24 based on a date of first use of March 31,

RUSS, AUGUST & KABAT

2016. Trendy Golf further admits the principal register of the USPTO lists the owner of Registration No. 5,433,492 as JR Apparel World LLC. Trendy Golf admits Exhibit E to the Complaint appears to be a true and correct copy of the Certificate of Registration for Registration No. 5,433,492. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 20 of the Complaint, and therefore denies those allegations.

21.    In response to paragraph 21 of the Complaint, Trendy Golf admits that on June 1, 2021, the USPTO issued Registration No. 6,373,658 for the MEMBERS ONLY mark covering the identified goods in International Class No. 9. Trendy Golf further admits the principal register of the USPTO lists the owner of Registration No. 6,373,658 as JR Apparel World LLC and a date of first use of November 1, 2020. Trendy Golf admits Exhibit F to the Complaint appears to be a true and correct copy of the Certificate of Registration for Registration No. 6,373,658. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 21 of the Complaint, and therefore denies those allegations.

22.    In response to paragraph 22 of the Complaint, Trendy Golf admits that on April 3, 2020, JR Apparel World LLC filed Application Serial No. 88/859,309 for MEMBERS ONLY covering the listed goods in International Class No. 10. Trendy Golf further admits Exhibit G to the Complaint appears to be screenshots taken from the Trademark Electronic Search System ("TESS") and Trademark Status and Document Retrieval ("TSDR") websites of the USPTO. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 22 of the Complaint, and therefore denies those allegations.

23.    In response to paragraph 23 of the Complaint, Trendy Golf admits that on March 2, 2021, JR Apparel World LLC filed Application Serial No. 90/556,014 for MEMBERS ONLY covering the listed goods in International Class Nos. 3, 8,

18, 32, and 33. Trendy Golf further admits Exhibit H to the Complaint appears to be screenshots taken from the TESS and TSDR websites of the USPTO. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 23 of the Complaint, and therefore denies those allegations.

24.     In response to paragraph 24 of the Complaint, Trendy Golf admits that on March 8, 2021, JR Apparel World LLC filed Application Serial No. 90/566,285 for MEMBERS ONLY covering the listed goods in International Class No. 25. Trendy Golf further admits Exhibit I to the Complaint appears to be screenshots taken from the TESS and TSDR websites of the USPTO. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 24 of the Complaint, and therefore denies those allegations.

25.     In response to paragraph 25 of the Complaint, Trendy Golf admits that on June 19, 2021, JR Apparel World LLC filed Application Serial No. 90/783,859 for the word and design service mark MEMBERS ONLY covering the identified services in International Class Nos. 35 and 43. Trendy Golf further admits Exhibit J to the Complaint appears to be screenshots taken from the TESS and TSDR websites of the USPTO. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 25 of the Complaint, and therefore denies those allegations.

26.     In response to paragraph 26 of the Complaint, Trendy Golf admits that on June 19, 2021, JR Apparel World LLC filed Application Serial No. 90/783,875 for the word and design service mark MEMBERS ONLY covering the identified services in International Class Nos. 35 and 43. Trendy Golf further admits that Exhibit K to the Complaint appears to be screenshots taken from the TESS and TSDR websites of the USPTO. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 25 of the Complaint, and therefore denies those allegations.

RUSS, AUGUST & KABAT

27.     Paragraph 27 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required. To the extent any response is required, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 27 of the Complaint, and therefore denies those allegations.

28.     Paragraph 28 of the Complaint is vague and ambiguous to the extent it fails to identify what marks, if any, constitute "JR Apparel's family of MEMBERS ONLY marks" and, on that basis, Trendy Golf is unable to admit or deny the allegations of paragraph 28 of the Complaint.  To the extent any response is required, Trendy Golf has insufficient information to admit or deny whether JR Apparel has rights in all or some of the marks it identifies as belonging to "JR Apparel's family of MEMBERS ONLY marks" and therefore denies those allegations.

## DEFENDANT'S UNLAWFUL CONDUCT

29.     Trendy Golf admits it filed Application Serial No. 88/953,607 on June 8, 2020, for the NO MEMBERS mark covering men's and ladies['] clothing, namely tops, bottoms, hats, and footwear in International Class No. 25, based on an intent to use the mark in commerce. Trendy Golf further admits Exhibit L to the Complaint appears to be screenshots taken from the TESS and TSDR websites of the USPTO. Except as expressly admitted herein, Trendy Golf denies the allegations of paragraph 29 of the Complaint.

30.     In response to paragraph 30 of the Complaint, Trendy Golf admits JR Apparel filed a First 30 Day Request for Extension of Time to Oppose Application Serial No. 88/953,607 on November 12, 2020. Trendy Golf further admits that on November 12, 2020, TTAB granted the First 30 Day Request for Extension of Time. Trendy Golf further admits that Exhibit M to the Complaint appears to be true and correct copies Defendant's First 30 Day Request for Extension of Time to Oppose and the order from TTAB granting the extension. Except as expressly admitted herein, Trendy Golf denies the allegations of paragraph 30 of the Complaint.

RUSS, AUGUST & KABAT

31.     Trendy Golf admits that on December 14, 2020 at 5:44 P.M. JR Apparel, through counsel, sent the Attorney of Record for Defendant's NO MEMBERS application a letter demanding Trendy Golf to "[p]romptly and expressly withdraw the U.S. trademark application for NO MEMBERS; and [a]gree not to use or apply to register in the future . . . NO MEMBERS" and requesting a response within four (4) days, by December 18, 2020, confirming [its] intent to comply. Except as expressly admitted herein, Trendy Golf denies the allegations of paragraph 31 of the Complaint.

32.     In response to paragraph 32 of the Complaint, Trendy Golf admits JR Apparel filed with the TTAB a Notice of Opposition, No. 91,266,648, to Trendy Golf's Application Serial No. 88/953,607 on December 21, 2020. Trendy Golf further admits that Exhibit N to the Complaint appears to be a true and correct copy of JR Apparel's Notice of Opposition filed with TTAB on December 21, 2020. Trendy Golf answers that TTAB suspended the opposition proceedings on August 17, 2021. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny the allegations of paragraph 32 of the Complaint, and therefore denies those allegations.

33.     In response to paragraph 33 of the Complaint, Trendy Golf admits that on February 1, 2021, it filed an answer with the TTAB to JR Apparel's Notice of Opposition, which document speaks for itself. Trendy Golf further admits Exhibit O to the Complaint appears to be a true and correct copy of the Answer filed by Trendy Golf with the TTAB on February 1, 2021.

34.     Trendy Golf has insufficient information to admit or deny the allegations of paragraph 34 of the Complaint, and therefore denies those allegations.

35.     In response to paragraph 35 of the Complaint, Trendy Golf admits that on or about March 1, 2021, the parties engaged in a discovery conference. Except as expressly admitted herein, Trendy Golf has insufficient information to admit or deny

the allegations of paragraph 35 of the Complaint, and therefore denies those allegations.

36.     Trendy Golf admits paragraph 36 of the Complaint contains images which appear to be representative examples of Trendy Golf's NO MEMBERS merchandise. Except as expressly admitted herein, Trendy Golf denies the allegations of paragraph 36 of the Complaint. Specifically, and without limitation, Trendy Golf denies that the NO MEMBERS mark is confusingly similar to JR Apparel's MEMBERS ONLY mark, that the MEMBERS ONLY mark is sufficiently distinctive or famous to support a claim for dilution, or that Trendy Golf has engaged in unfair competition against JR Apparel.

37.     Trendy Golf admits paragraph 37 of the Complaint contains an image of a hat bearing the NO MEMBERS mark and an image of what appears to be the MEMBERS ONLY mark. Except as expressly admit herein, Trendy Golf denies the allegations of paragraph 37 of the Complaint.

38.     In response to paragraph 38 of the Complaint, Trendy Golf admits that it offers NO MEMBERS branded merchandise. Except as expressly admitted herein, Trendy Golf denies the allegations of paragraph 38 of the Complaint.

39.     Paragraph 39 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required. To the extent any response is required, Trendy Golf denies the allegations of paragraph 39 of the Complaint.

40.     Paragraph 40 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required. To the extent any response is required, Trendy Golf denies the allegations of paragraph 40 of the Complaint.

### FIRST CLAIM FOR RELIEF
### FEDERAL TRADEMARK INFRINGEMENT
### (Violation of 15 U.S.C. § 1114 of the Lanham Act)

RUSS, AUGUST & KABAT

41.   Trendy Golf repeats and realleges the responses above as if fully set forth herein.

42.   Trendy Golf admits the allegations of paragraph 42 of the Complaint.

43.   Paragraph 43 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.   To the extent any response is required, Trendy Golf admits the allegations of paragraph 43 of the Complaint.

44.   Paragraph 44 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.   To the extent any response is required, Trendy Golf denies the allegations of paragraph 44 of the Complaint.

45.   Trendy Golf denies the allegations of paragraph 45 of the Complaint.

46.   Paragraph 46 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.   To the extent any response is required, Trendy Golf denies the allegations of paragraph 46 of the Complaint.

47.   Trendy Golf admits the allegations of paragraph 47 of the Complaint. Trendy Golf further answers that no license or permission from JR Apparel is necessary because, *inter alia*, the NO MEMBERS mark is not confusingly similar to the MEMBERS ONLY mark and therefore does not infringe any rights of JR Apparel, if such rights exist.

48.   Paragraph 48 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.   To the extent any response is required, Trendy Golf denies the allegations of paragraph 48 of the Complaint.

49.   Paragraph 49 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.   To the

extent any response is required, Trendy Golf denies the allegations of paragraph 49 of the Complaint.

## SECOND CLAIM FOR RELIEF
## <u>FEDERAL UNFAIR COMPETITION</u>
### (Violation of 15 U.S.C. § 1125(a) of the Lanham Act)

50.     Trendy Golf repeats and realleges the responses above as if fully set forth herein.

51.     Paragraph 51 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the extent any response is required, Trendy Golf denies the allegations of paragraph 51 of the Complaint.

52.     Trendy Golf admits the allegations of paragraph 52 of the Complaint. Trendy Golf further answers that no license or permission from JR Apparel is necessary because, *inter alia*, the NO MEMBERS mark is not confusingly similar to the MEMBERS ONLY mark and therefore does not infringe any rights of JR Apparel, if such rights exist.

53.     Paragraph 53 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the extent any response is required, Trendy Golf denies the allegations of paragraph 53 of the Complaint.

54.     Paragraph 54 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the extent any response is required, Trendy Golf denies the allegations of paragraph 54 of the Complaint.

55.     Paragraph 55 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the extent any response is required, Trendy Golf denies the allegations of paragraph 55 of the Complaint.

RUSS, AUGUST & KABAT

56.     Paragraph 56 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.   To the extent any response is required, Trendy Golf denies the allegations of paragraph 56 of the Complaint.

### THIRD CLAIM FOR RELIEF

### FEDERAL TRADEMARK DILUTION

### (Violation of 15 U.S.C. § 1125(c) of the Lanham Act)

57.     Trendy Golf repeats and realleges the responses above as if fully set forth herein.

58.     Paragraph 58 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.   To the extent any response is required, Trendy Golf denies the allegations of paragraph 58 of the Complaint.

59.     Trendy Golf denies the allegations of paragraph 59 of the Complaint.

60.     Trendy Golf has insufficient information to admit or deny the allegations of paragraph 60 of the Complaint, and therefore denies those allegations.

61.     Paragraph 61 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.   To the extent any response is required, Trendy Golf denies the allegations of paragraph 61 of the Complaint.

62.     Paragraph 62 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.   To the extent any response is required, Trendy Golf denies the allegations of paragraph 62 of the Complaint.

63.     Paragraph 63 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.   To the extent any response is required, Trendy Golf denies the allegations of paragraph 63 of the Complaint.

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT

### TRADEMARK INFRINGEMENT UNDER CALIFORNIA LAW AND COMMON LAW

### (Violation of Cal. Bus. & Prof. Code § 14320)

64.     Trendy Golf repeats and realleges the responses above as if fully set forth herein.

65.     Paragraph 65 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the extent any response is required, Trendy Golf denies the allegations of paragraph 65 of the Complaint.

66.     Trendy Golf denies the allegations of paragraph 66 of the Complaint.

67.     Paragraph 67 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the extent any response is required, Trendy Golf denies the allegations of paragraph 67 of the Complaint.

68.     Paragraph 68 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the extent any response is required, Trendy Golf denies the allegations of paragraph 68 of the Complaint.

69.     Paragraph 69 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the extent any response is required, Trendy Golf denies the allegations of paragraph 69 of the Complaint.

### FIFTH CLAIM FOR RELIEF
### UNFAIR COMPETITION UNDER CALIFORNIA LAW

### (Violation of Cal. Bus. & Prof. Code §§ 17200, *et seq.*)

70.     Trendy Golf repeats and realleges the responses above as if fully set forth herein.

71.     Paragraph 71 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the extent any response is required, Trendy Golf denies the allegations of paragraph 71 of the Complaint.

72.     Paragraph 72 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the extent any response is required, Trendy Golf denies the allegations of paragraph 72 of the Complaint.

73.     Paragraph 73 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the extent any response is required, Trendy Golf denies the allegations of paragraph 73 of the Complaint.

## SIXTH CLAIM FOR RELIEF
## <u>COMMON LAW UNFAIR COMPETITION</u>

74.     Trendy Golf repeats and realleges the responses above as if fully set forth herein.

75.     Paragraph 75 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the extent any response is required, Trendy Golf denies the allegations of paragraph 75 of the Complaint.

76.     Trendy Golf denies the allegations of paragraph 76 of the Complaint.

77.     Paragraph 77 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the extent any response is required, Trendy Golf denies the allegations of paragraph 77 of the Complaint.

78.     Trendy Golf denies the allegations of paragraph 78 of the Complaint.

79.     Paragraph 79 of the Complaint does not contain any factual allegations, but instead contains legal conclusions to which no response is required.  To the

extent any response is required, Trendy Golf denies the allegations of paragraph 79 of the Complaint.

Trendy Golf denies each and every allegation, interference, and/or demand in JR Apparel's prayer for relief.

## AFFIRMATIVE DEFENSES

Trendy Golf states the following affirmative and other defenses, without admitting any allegation of the Complaint and without altering any burdens of proof otherwise applicable at law or equity.  Trendy Golf denies any and all allegations in the Complaint not specifically admitted above.

## FIRST AFFIRMATIVE DEFENSE
## (Failure to State a Claim)

80.     JR Apparel's complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
## (Failure to Mitigate)

81.     JR Apparel's claims are barred in whole or in part because JR Apparel failed to mitigate its alleged damages, if any.

## THIRD AFFIRMATIVE DEFNSE
## (Damages Speculative)

82.     JR Apparel's claims are barred in whole or in part because the damages sought by JR Apparel are entirely speculative.

## PRAYER FOR RELIEF

WHEREFORE, Trendy Golf prays for the following relief with respect to JR Apparel's claims:

A.     A dismissal with prejudice of each of JR Apparel's claims;

B.     An adjudication that JR Apparel is not entitled to any relief on its claims, including, without limitation, any fine or damages; and

RUSS, AUGUST & KABAT

C.     Costs, attorney's fees, and such further relief to which Trendy Golf is entitled, and which the Court deems just and equitable.

## **DEMAND FOR JURY TRIAL**

Trendy Golf demand a trial by jury on all issues so triable.


DATED:  October 1, 2021                    RUSS, AUGUST & KABAT
                                           Larry C. Russ
                                           Irene Y. Lee
                                           Timothy M. Baumann



                                           By:  */s/ Irene Y. Lee*
                                                Irene Y. Lee
                                                Attorneys for Defendant TGUSA,
                                                Inc., d/b/a Trendy Golf USA

1

**<u>CERTIFICATE OF SERVICE</u>**

2

  I hereby certify that on October 1, 2021, I electronically filed the foregoing

3

document using the CM/ECF system, which will send notification of such filing to

4

all ECF registered participants.

5

6

           */s/ Irene Y. Lee*
           Irene Y. Lee

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUSS, AUGUST & KABAT

FIRST AMENDED ANSWER BY DEFENDANT TGUSA, INC., D/B/A TRENDY GOLF USA TO COMPLAINT